[No. 15385-4-I. Division One. November 4, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. SEAN SAWYER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-8-03320-9, Terrence A. Carroll, J., entered September 24, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 14798-6-I. Division One. November 4, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT RUBEN WHITNEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-03684-1, Richard M. Ishikawa, J., entered May 17, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 15682-9-I. Division One. November 4, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DARYLE PACHECO, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80-1-00541-8, Gerald L. Knight, J., entered November 5, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 15737-0-I. Division One. November 4, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD SHERIDAN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-1-00685-1, John F. Wilson, J., entered November 20, 1984. *Dismissed* by unpublished per curiam opinion.